UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

XL SPECIALTY INSURANCE
COMPANY,

    Plaintiff,

v.                                                  Case No: 8:24-cv-241-WFJ-SPF

WSP USA ENVIRONMENT &
INFRASTRUCTURE, INC.,

    Defendant.
_____/

**O R D E R**

The Court has been advised by **the Joint Notice of Agreement to Settle Action (Dkt. 46)** that the above-styled action has been resolved contingent on execution of a settlement agreement. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

**DONE** and **ORDERED** in Tampa, Florida on April 30, 2025.

                                                s/*William F. Jung*
                                                **WILLIAM F. JUNG**
                                                **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record